AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.: 4:14-MJ- | Date and time warrant executed: 04-01-2014  6:00am | Copy of warrant and inventory left with: Charlyn Wright |
| Inventory made in the presence of: Charlyn Wright |||
| Inventory of the property taken and name of any person(s) seized: Please see attached FD-597 Receipt for Property. |||

**Certification**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
APR - 4 2014
CLERK, U.S. DISTRICT COURT
By_____
Deputy

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04-04-2014

_____
Executing officer's signature

Special Agent Christopher W. Thompson
Printed name and title



AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Texas

In the Matter of the Search of  )
*(Briefly describe the property to be searched*  )
*or identify the person by name and address)*  )   Case No.  4:14-MJ- 164
  )
3516 Gene Lane  )
Haltom City, Texas  )
  )

## SEARCH AND SEIZURE WARRANT

**SEALED**

To:     Any authorized law enforcement officer

   An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Northern     District of    Texas, Fort Worth Division
*(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

   The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment "B"

   I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

   **YOU ARE COMMANDED** to execute this warrant on or before    April 14, 2014
                                                                 *(not to exceed 14 days)*

   ☒ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

   Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

   The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
           Jeffrey L. Cureton                         .
                    *(name)*

N/A ☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                                  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  March 31, 2014
                       @ 10:50 am                              _____/s/ Cureton_____
                                                                    *Judge's signature*

City and state:   Fort Worth, Texas                      United States Magistrate Judge Jeffrey L. Cureton
                                                                 *Printed name and title*

## ATTACHMENT A

## DESCRIPTION OF THE PREMISES TO BE SEARCHED

On March 21, 2014, a physical surveillance of 3516 Gene Lane, Haltom City, Texas, was conducted. The residence is described as a one-story, white paneled house with brown trim and a gray shingled roof. The numbers "3516" can be seen on the wall of the home next to the front door. The backyard contains at least one storage shed.

The search also includes the search of vehicles located at or near the premises, which fall under the dominion and control of the person or persons associated with said premises. The search of these vehicles is to include all internal and external compartments and all containers that may be associated with the storage of child pornographic materials or their instrumentalities contained within the aforementioned vehicles.



**Attachment B**

## ATTACHMENT B

### DESCRIPTION OF ITEMS TO BE SEIZED AND SEARCHED

1. Computer(s), computer hardware, computer software, computer related documentation, computer passwords and data security devices, videotapes, video recording devices, video recording players, and video display monitors that may be, or are used to: visually depict child pornography or child erotica; display or access information pertaining to a sexual interest in child pornography; display or access information pertaining to sexual activity with children; or distribute, possess, or receive child pornography, child erotica, or information pertaining to an interest in child pornography or child erotica.

2. Evidence of who used, owned, or controlled the computer(s) at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, accounts of Internet Service Providers.

3. Records evidencing occupancy or ownership of the premises described above, including, but not limited to, utility and telephone bills, mail envelopes, or addressed correspondence, rental or lease agreements, mortgage documents, rental or lease payments and credit card information, including, but not limited to, bills and payment records.

4. Any and all notes, documents, records, computer files or correspondence, in any format and medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and handwritten notes) pertaining to the possession, receipt, or distribution of child pornography as defined in 18 U.S.C. § 2256(8) or to the possession, receipt, or distribution of visual depictions of minors engaged in sexually

        explicit conduct as defined in 18 U.S.C. § 2256(2), including communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography or membership in online groups, clubs, or services that provide or make accessible child pornography to members.

5. Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) that concern online storage or other remote computer storage, including, but not limited to, software used to access such online storage or remote computer storage, user logs or archived data that show connection to such online storage or remote computer storage, and user logins and passwords for such online storage or remote computer storage.

6. Any and all cameras, film, videotapes or other photographic equipment that may be used to commit or facilitate commission of violations of 18 U.S.C. §§ 2252 and 2252A.

**Attachment B**

FD-597 (Rev 8-11-94)

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 4/1/14

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) _____
(Street Address) 3516 Grone Ln
(City) Haltom City TX

Description of Item(s):
1) Dell Latitude D620;
2) Dell Latitude E6400;
3) Dell Inspiron 1545;
4) Samsung tablet;
5) Seagate external HD;
6) Seagate HD;
7) CDs;
8) Maxtor HD;
9) USB drive (ADATA);
10) Kingston thumb drive;
11) Toshiba laptop;
12) ~~Toshiba laptop~~ AEOP USB drive;
13) Small black hard drive;
14) Gateway laptop;
15) Black Toshiba laptop;
16) Grey Toshiba laptop;
17) Asus laptop;
18) Hard drive;
19) Dell laptop;
20) Dell desktop, model DCNE;

Received By: _____ (Signature)
Received From: _____ (Signature)

FD-597 (Rev 8-11-94) Page 2 of 2

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # _____

On (date) 4/1/14

item(s) listed below were:
- [ ] Received From
- [ ] Returned To
- [ ] Released To
- [x] Seized

(Name) _____
(Street Address) 3516 Grene Ln.
(City) Haltom City TX

Description of Item(s):
21) black desktop;
22) emachine desktop;
23) 2 hard drives (black Coolermaster);
24) black WD external HD;
25) HP desktop;
26) lenovo Thinkpad;
27) silver Dell laptop;
28) IBM Thinkpad;
29) Dell desktop, model DHP;
30) silver Buffalo Terastation
31) silver and black VMWare thumbdrive;
32) silver Dell laptop
33) Travelstar hard drive;
34) Toshiba hard drive

Received By: _____ (Signature)
Received From: Charles _____ (Signature)